UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROMAN ENCINAS,<br><br>            Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL FOR WASHINGTON,<br><br>            Respondent. | NO. CV-12-3021-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner, a prisoner at the FCI Sandstone in Minnesota, is proceeding *pro se*. On April 9, 2012, the Court received payment of the $5.00 filing fee for this federal habeas action and the petition was filed. Therefore, **IT IS ORDERED** the Report and Recommendation to deny leave to proceed *in forma pauperis*, entered April 6, 2012, is **ADOPTED** and the application is **DENIED AS MOOT.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Petitioner. The District Court Executive shall also strike the deadline for filing objections to the Report and Recommendation.

**DATED** this   11th   day of April 2012.

/s/ *Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*  -- 1