AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROMAN ENCINAS,

          Petitioner,

v.

ATTORNEY GENERAL FOR WASHINGTON,

          Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3021-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this habeas action is DISMISSED with prejudiced as time-barred under 28 U.S.C. § 2244(d).

July 30, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia